UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARCUS JONES,
    Petitioner,

vs.                                       Case No.:  5:21cv28/TKW/EMT

MARK S. INCH,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner filed a Motion for Extension of Time as his initial pleading (ECF No. 1). Petitioner stated he intended to file a habeas petition under 28 U.S.C. § 2254, but had been unable to do so due to an institutional transfer and restrictions on access to the law library in response to the COVID-19 pandemic (*id.*). Petitioner requested that the court grant him a 90-day extension of time to file a habeas petition (*id.*).

On February 2, 2021, the court issued an order notifying Petitioner that a federal habeas case begins with the filing of a petition for a writ of habeas corpus, as distinguished from other filings by the applicant (*see* ECF No. 3). The court advised Petitioner that until an actual habeas petition was filed, the court lacked jurisdiction to consider his request for tolling of the one-year federal limitations period for filing a § 2254 petition (*id.*). The court directed the clerk of court to send Petitioner the § 2254 petition form, so that he could file a § 2254 petition (*id.*). The court directed Petitioner to file a § 2254 petition on the court form and either pay the

$5.00 filing fee or file a motion to proceed in forma pauperis (*id.* at 4). The court expressly warned Petitioner, "If Petitioner fails to timely comply with this order within **thirty days** of its issuance, the undersigned will recommend that this case be dismissed for failure to comply with an order of the court." (*id.*).

The thirty-day deadline has passed, and Petitioner has not responded to the court's order in any manner or filed anything with the court.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 12th day of March 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.: 5:21cv28/TKW/EMT